**Opinion issued April 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-01132-CV

————————————

**ARROW MARBLE, LLC, ARROW MIRROR AND GLASS, INC., AND EQUICAP INVESTMENTS, LLC, Appellants**

**V.**

**ESTATE OF RODNEY KILLION, Appellee**

---

**On Appeal from the County Court at Law No. 1 & Probate Court
Brazoria County, Texas
Trial Court Cause No. PR032461**

---

## MEMORANDUM OPINION

Appellants, Arrow Marble, LLC, Arrow Mirror and Glass, Inc., and Equicap

Investments, LLC, have filed a "Motion to Correct Record." In their motion,

appellants state that, although they included trial court cause numbers PR032461

and PR032461-C on their notice of appeal, this case is a probate matter involving only one judgment that was appealed. Appellants argue that there is no trial court case associated with cause number PR032461-C, that this case involves only an appeal from cause number PR032461, and that appellate cause 01-12-01133-CV, which is based on the notation on appellants' notice of appeal that appellants were appealing from trial cause PR032461-C, is erroneous and void. Appellants therefore move for dismissal of appellate cause 01-12-01133-CV and request that their filing fee be transferred from cause 01-12-01133-CV to this cause. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion in part and deny the motion in part, and we dismiss this appeal.

In their notice of appeal, appellants state their intent to appeal from the final judgment entered on October 24, 2012 in "the above-referenced case." The headings on both the notice and the final judgment reflect cause numbers PR032461 and PR032461C. But the trial court's final judgment rendered judgment only on claims pleaded in the "Plaintiff's Second Amended Original Petition filed on September 6, 2011," in "Arrow Marble, LLC's Plea In Intervention filed on July 21, 2011," and in the "Defendants' First Amended Counterclaim filed on July 29, 2011." Each of these documents are pleadings in a case that, according to the clerk's record filed in appellate cause 01-12-01133-CV, was originally filed in the 269th District Court of Harris County under cause

number 2010-32640, was transferred to Brazoria County, and was assigned cause number PR032461-C. Therefore, the judgment appellants appealed from renders judgment on the pleadings filed in, and is correctly docketed under, trial court cause number PR032461-C, and appellants' notice of appeal should have been docketed solely under that cause number.

Appellants request dismissal of one of their appeals. Insofar as appellants request dismissal of the appellate cause to which the trial court's October 24, 2012 judgment does not apply, we grant the motion and dismiss the appeal in cause number 01-12-01132-CV. To the extent the appellants seek dismissal of appellate cause 01-12-01133-CV and request the transfer of their filing fee from that cause to this one, we deny the motion.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.